No. 13. UNITED STATES v. WHITE, 401 U. S. 745;

No. 43. SHEVIN ET AL. v. LAZARUS, 401 U. S. 987;

No. 975. COLSON ET AL. v. MORTON, SECRETARY OF THE INTERIOR, 401 U. S. 911;

No. 1170. FARKAS v. TEXAS INSTRUMENTS, INC., 401 U. S. 974;

No. 1251. SOUTHLAND INCORPORATED v. COX ENTERPRISES, INC., ET AL., 401 U. S. 993;

No. 1284. BALC v. PARSONS ET AL., 401 U. S. 986;

No. 5257. LABINE, TUTRIX v. VINCENT, ADMINISTRATOR, 401 U. S. 532;

No. 5481. SCHLANGER v. SEAMANS, SECRETARY OF THE AIR FORCE, ET AL., 401 U. S. 487;

No. 5980. BROWN v. LAVALLEE, WARDEN, 401 U. S. 942;

No. 6297. WRIGHT v. DISTRICT COURT OF MONTGOMERY COUNTY, 401 U. S. 1011; and

No. 6517. BENOIT v. UNITED STATES, 401 U. S. 1011. Petitions for rehearing denied.

No. 993, October Term, 1968. UNIVERSITY OF ILLINOIS FOUNDATION v. WINEGARD CO., 394 U. S. 917. Motion for leave to file petition for rehearing denied. THE CHIEF JUSTICE and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 237. BEREND v. J. F. PRITCHARD & CO., 400 U. S. 823. Motion for leave to file petition for rehearing denied.

No. 1382. MACLEOD v. UNITED STATES, ante, p. 907. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.

No. 6200. EMMONS v. TAYLOR ET AL., 401 U. S. 1010. Petition for rehearing and other relief denied.